JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AN PHUC LE, an individual; and NEYLAN TRAN, an individual<br><br>Plaintiffs;<br><br>v.<br><br>SAFECO Insurance Company of America, a New Hampshire Corporation; and Does 1 through 25, inclusive<br><br>Defendants. | Case No.: 2:23-CV-8618-SVW-AJR<br><br>**ORDER OF DISMISSAL**<br><br>Judge: Hon. Stephen V. Wilson |

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close this file.

All previously set dates are vacated and off-calendar.

Dated: March 29, 2024

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE